AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| EAN SOLEY<br><br>*Plaintiff(s)*<br>v.<br>COUNTY OF NASSAU, THE NASSAU COUNTY POLICE DEPARTMENT, DETECTIVE RHUBENS TOUSSAINT shield # 1192, P.O. OMAR D. GALAN shield # 3660, THE OFFICE OF THE NASSAU COUNTY DISTRICT ATTORNEY and D.J. ROSENBAUM (former Assistant District Attorney in her individual and official capacity) and JOHN DOES 1-10, in their individual and official capacity,<br>*Defendants.* | Civil Action No. 18-CV-377(JFB)(AKT) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SEE ADDENDUM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAW OFFICES OF
FREDERICK K. BREWINGTON
556 Peninsula Boulevard
Hempstead, New York 11550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 01/22/2018                    *Concetta Landow*
                                    *Signature of Clerk or Deputy Clerk*

<u>**EAN SOLEY v. COUNTY OF NASSAU, ET.AL.**</u>
**DOCKET NO.: 18-cv-00377**

**ADDENDUM**

**DEFENDANTS**

1. County of Nassau
   Office of the County Attorney
   One West Street
   Mineola, New York 11501

2. Nassau County Police Department
   1490 Franklin Avenue
   Mineola, New York 11501

3. Detective Rhubens Toussaint, Shield No. 1192
   c/o Nassau County Police Department
   1490 Franklin Avenue
   Mineola, New York 11501

4. Officer Omar Galan, Shield No. 3660
   c/o Nassau County Police Department
   1490 Franklin Avenue
   Mineola, New York 11501

5. Nassau County District Attorney
   262 Old Country Road
   Mineola, New York 11501

6. D. J. Rosenbaum
   The Law Office of D.J. Rosenbaum, Esq.
   1107 Meadowbrook Rd.
   Merrick, NY 11566

7. John Does 1-10
   c/o Nassau County Police Department
   1490 Franklin Avenue
   Mineola, New York 11501

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: