UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAN SOLEY,<br><br>         Plaintiff,<br><br> -against-<br><br>COUNTY OF NASSAU, THE NASSAU COUNTY POLICE DEPARTMENT, DETECTIVE RHUBENS TOUSSAINT shield # 1192, P.O. OMAR D. GALAN shield #3660, DETECTIVE STEPHEN BELLAMY, P.O. SEAN MCNEIL, THE OFFICE OF THE NASSAU COUNTY DISTRICT ATTORNEY and D.J. ROSENBAUM (former Assistant District Attorney in her individual and official capacity) and JOHN DOES 1-10, in their individual and official capacity,<br><br>         Defendants. | Case No.: 18-cv-00377 (ARR)(SJB)<br><br>**NOTICE OF MOTION PURSUANT TO F.R.C.P. 12(c)** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Declaration of Annemarie S. Jones, the exhibits thereto, and all the pleadings and proceedings herein, Defendant, D.J. Rosenbaum, will move this Court, at a date and time to be determined by this Court, pursuant to Federal Rule of Civil Procedure 12(c), to dismiss Plaintiff Ean Soley's claims asserted in Plaintiff's Second Amended Complaint with prejudice, and for such other relief as this Court deems just and proper.

Dated: Islandia, New York
   November 1, 2021

                LEWIS JOHS AVALLONE AVILES, LLP
                *Attorney for Defendant*
                *D.J. Rosenbaum*
                1377 Motor Parkway, Suite 400
                Islandia, New York 11749
                631.755.0101
                E-Mail: asjones@lewisjohs.com

            By: _____
                Annemarie S. Jones, Esq.

TO:     Tricia S. Lindsay, Esq.
         The Law Office of Tricia S. Lindsay
         531 East Lincoln Avenue, Suite 5-B
         Mt. Vernon, New York 10552
         T: (347) 386-4604
         E-mail: tricialindsaylaw@gmail.com

         Ralph J. Reissman, Esq.
         Nassau County Attorney's Office
         One West Street
         Mineola, New York 11501
         T: (516) 571-3046
         F: (516) 571-6604
         E-mail: rreissman@nassaucountyny.gov