**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
Acting County Attorney

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

January 18, 2022

<u>Via ECF</u>
Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 304N, Courtroom 324N
Brooklyn, New York 11201

   *Re: Soley v. County of Nassau, et. al.*
     *Docket No. CV-18-377(ARR)(SJB)*

Dear Magistrate Judge Bulsara:

  This office represents the Nassau County municipal and police officer defendants in the above-referenced matter. The purpose of this letter is respectfully request, with the consent of all parties, that the Court adjourn (1) the date for filing ex-parte settlement letters (presently January 21, 2022) and (2) the settlement conference scheduled for January 25, 2022.

  The reason for this request is that defendant D.J. Rosenbaum, a former Nassau County Assistant District Attorney represented by the law firm of Lewis Johs Avallone Aviles LLP, has filed a motion to dismiss plaintiff Ean Soley's Second Amended Complaint pursuant to Fed. R. Civ. P. 12(c). Defendant Rosenbaum's fully briefed motion was filed on December 8, 2021 [DE 105] before the Hon. Allyne R. Ross, and a decision from Judge Ross is still pending. Defendants believe that Judge Ross's determination of the motion will have a significant impact on the parties' settlement positions and that at this juncture, it is premature to file settlement position letters and hold a settlement conference. After the motion is decided by Judge Ross, the parties will be in a better position to assess the potential for settlement.

  Therefore, the parties respectfully request that the Court adjourn (1) the date for filing ex-parte settlement letters (presently January 21, 2022) and (2) the settlement conference scheduled for January 25, 2022. Thank you for your attention and consideration in this matter.

                Respectfully submitted,

                /s/ Ralph J. Reissman
                RALPH J. REISSMAN
                Deputy County Attorney

(via ECF): All counsel of record

ONE WEST STREET – MINEOLA, NEW YORK 11501-4820
516-571-3056, FAX 516-571-6684, 6604