UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EAN SOLEY,

                 Plaintiff,

-against-

COUNTY OF NASSAU, THE NASSAU COUNTY POLICE DEPARTMENT, DETECTIVE RHUBENS TOUSSAINT shield # 1192, P.O. OMAR D. GALAN shield # 3660, DETECTIVE STEPHEN BELLAMY, P.O. SEAN MCNEIL, THE OFFICE OF THE NASSAU COUNTY DISTRICT ATTORNEY and D.J. ROSENBAUM (former Assistant District Attorney in her individual and official capacity) and JOHN DOES 1-10, in their individual and official capacity,

                 Defendants.

Case No.: 18-cv-00377-JFB-AKT

**NOTICE OF APPEARANCE OF COUNSEL**

      JORDAN S. PALATIELLO, a partner of LEWIS JOHS AVALLONE AVILES, LLP, attorneys for defendant, D.J. ROSENBAUM (former Assistant District Attorney in her individual and official capacity), hereby appears and asks that he be added to the list of e-filers in this case (jspalatiello@lewisjohs.com) of those receiving notices.

Dated: Islandia, New York
       March 30, 2021

                                  LEWIS JOHS AVALLONE AVILES, LLP
                                  *Attorneys for Defendant*
                                  *D.J. ROSENBAUM*
                                  1377 Motor Parkway, Suite 400
                                  Islandia, New York 11749
                                  T: (631) 755-0101
                                  F: (631) 755-0117

                                  By: _____
                                        Jordan S. Palatiello, Esq.
                                  E-mail: jspalatiello@lewisjohs.com

TO: Tricia S. Lindsay, Esq.
The Law Office of Tricia S. Lindsay
531 East Lincoln Avenue, Suite 5-B
Mt. Vernon, New York 10552
T: (347) 386-4604
E-mail: tricialindsaylaw@gmail.com

Ralph J. Reissman, Esq.
Nassau County Attorney's Office
One West Street
Mineola, New York 11501
T: (516) 571-3046
F: (516) 571-6604
E-mail: rreissman@nassaucountyny.gov