

Civil Rights
Labor Law
Criminal Defense
Family Law
Wills, Trusts, and Estate

April 25, 2026

**VIA PACER ECF**
The Honorable Denny Chin
United States Circuit Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: Ean Soley v. County of Nassau, et al. 18-cv-377 (DC)*

Dear Judge Chin:

Plaintiff respectfully submits this letter, with the consent of the Defendants, to update the Court on the status of the settlement in the above-captioned matter and to respectfully request a brief extension of time to finalize the written Settlement Agreement and General Release.

By Order of Discontinuance dated January 9, 2026, this Court discontinued the action with prejudice but without costs, subject to legislative approval. The Nassau County Legislature has since granted final approval of the settlement. On April 13, 2026, Plaintiff's counsel forwarded a proposed Settlement Agreement and General Release to defense counsel for review. Defense counsel responded on August 20, 2026, that they made a few minor edits and promptly forwarded the revised agreement to the County's outside counsel coordinator for final comment and to confirm whether the County wishes to authorize counsel to execute the agreement on its behalf or prefers in-house signature.

We anticipate that this final administrative step will be completed shortly. To allow sufficient time for the County to complete its internal review and for the parties to execute the Settlement Agreement, Plaintiff respectfully requests a short extension of thirty (30) days (until May 25, 2026) to finalize the settlement and file the Stipulation of Dismissal with Prejudice.

We thank Your Honor for the Court's continued patience and attention to this matter.

Respectfully submitted,

*Tricia Lindsay*
Tricia S. Lindsay, Esq.

cc:     J. Shields, Esq.
        Scott Kreppein